(110 So. 768)

No. 28234.

## STATE of Louisiana v. Dallas MYERS.

(Nov. 29, 1926.)

Appeal from Twenty-First Judicial District Court, Parish of Tangipahoa; Columbus Reid, Judge.

B. B. Purser, of Amite, for appellant.

Percy Saint, Atty. Gen., Percy T. Ogden, Asst. Atty. Gen., and A. L. Ponder, Jr., Dist. Atty., of Amite (E. R. Schowalter, Asst. Atty. Gen., of counsel), for the State.

ST. PAUL, J. The defendant was convicted of assault with intent to commit rape.

The record contains neither bill of exceptions nor assignment of errors, and there is no error patent on the face of the record.

The judgment appealed from is therefore affirmed.

---

(110 So. 768)

No. 28051.

## STATE of Louisiana v. D. W. LOWERY.

(Nov. 29, 1926.)

Appeal from First Judicial District Court, Parish of Caddo; J. H. Stephens, Judge.

Thomas W. Robertson, of Shreveport, for appellant.

Percy Saint, Atty. Gen., Percy T. Ogden, Asst. Atty. Gen., L. C. Blanchard, Dist. Atty., and Aubrey M. Pyburn, Asst. Dist. Atty., both of Shreveport (E. R. Schowalter, of New Orleans, of counsel), for the State.

ST. PAUL, J. Defendant was convicted of possessing intoxicating liquor for beverage purposes.

The record contains neither bill of exception nor assignment of errors, and there is no error patent on the face of the record.

The judgment appealed from is therefore affirmed.